No. 253, Misc. DE LEVAY ET AL. v. ISBELL ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 262, Misc. MILLER v. LAINSON, WARDEN. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se. Norman A. Erbe,* Attorney General of Iowa, and *Hugh V. Faulkner* and *Don C. Swanson,* Assistant Attorneys General, for respondent.

No. 291, Misc. KENNEDY v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 294, Misc. MORALES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. W. Gill* and *G. H. Schreiber* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 305, Misc. NIDY v. CULVER, DIRECTOR OF CORRECTIONS. Supreme Court of Florida. Certiorari denied.

No. 314, Misc. ALLEN v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 251, Misc. HORN v. WASHINGTON ET AL. Petition for writ of certiorari to the Supreme Court of Washington denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court.